# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-10723-HCM |
| CROWN SPRING, INC., § | |
| § | |
| DEBTOR. § | CHAPTER 11 |
| § | |
| EIN: 71-0979065 § | |
| § | |
| 9101 WALL STREET, SUITE 1030 § | |
| AUSTIN, TEXAS 78754 § | |

## NOTICE OF FILING DISCLOSURE STATEMENT, NOTICE OF OBJECTION DEADLINE AND NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that Crown Spring, Inc., Debtor-in-Possession (the "Debtor") filed its Original Disclosure Statement Regarding Its Chapter 11 Plan of Reorganization Dated July 10, 2017 [Docket No. 21] on July 10, 2017, and its Original Chapter 11 Plan of Reorganization Dated July 10, 2017 [Docket No. 24] on July 11, 2017.

In accordance with FED. R. BANKR. P. 3017(a), the Court has fixed **August 14, 2017**, as the last day for filing and serving written objections to the disclosure statement.

The hearing to consider the approval of the disclosure statement has been set for **August 21, 2017 at 9:30 a.m.**, before the Honorable H. Christopher Mott, Courtroom No. 2, United States Bankruptcy Court for the Western District of Texas, Austin Division, located at 903 San Jacinto Boulevard, Austin, Texas 78701.

Requests for copies of the disclosure statement and plan shall be made to the Debtor at:

>Penny S. Keller
>Husch Blackwell, LLP
>111 Congress Avenue, Suite 1400
>Austin, Texas 78701
>Email: penny.keller@huschblackwell.com
>(512) 472-5456

If the hearing time and date are subsequently changed, the Debtor will serve notice of such change to all parties.

Respectfully submitted,

Lynn Hamilton Butler
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 472-5456
Telecopy: (512) 479-1101
Email: Lynn.butler@huschblackwell.com

By: /s/ *Lynn Hamilton Butler*
Lynn Hamilton Butler
Texas Bar No. 03527350

**PROPOSED COUNSEL FOR DEBTOR**