| MOR-1 | | UNITED STATES BANKRUPTCY COURT | | | | | |
|---|---|---|---|---|---|---|---|
| CASE NAME: | In re: Crown Spring, Inc. | | | PETITION DATE: | 06-09-2017 | | |
| CASE NUMBER: | 17-10723-hcm | | | DISTRICT OF TEXAS: | Western | | |
| PROPOSED PLAN DATE: | 07-10-2017 | | | DIVISION: | Austin | | |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH YEAR

| | MONTH | | | | | |
|---|---|---|---|---|---|---|
| | Jun-17 | | | | | |
| REVENUES (MOR-6) | 1,064,424.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 173,977.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 170,985.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 8,981.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 71,096.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 945,137.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 09-30-2017 |
| LIABILITY | YES (X) NO ( ) | 09-30-2017 |
| VEHICLE | YES (X) NO ( ) | 09-30-2017 |
| WORKER'S | YES (X) NO ( ) | 09-30-2017 |
| OTHER | YES (X) NO ( ) | 09-18-2017 |

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No)
If so, describe
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? Proposal with creditors currently.

| ATTORNEY NAME: | Lynn H. Butler |
|---|---|
| FIRM NAME: | Husch Blackwell LLP |
| ADDRESS: | 111 Congress Avenue |
| | Suite 1400 |
| CITY, STATE, ZIP: | Austin, TX 78701 |
| TELEPHONE/FAX: | 512-472-5456 / 512-479-1101 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE Director & Chief Operations Officer
(ORIGINAL SIGNATURE)
Mark Diamond
(PRINT NAME OF SIGNATORY)    DATE 7/20/17

MOR-1    Revised 07/01/98

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 368,581.00 | | | | | |
| Accounts Receivable, Net | | 1,281,058.25 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | 41,339.05 | | | | | |
| Investments | | | | | | | |
| Other | | 267,901.54 | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 1,958,879.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 349,715.85 | | | | | |
| Less Accumulated Depreciation | | 224,497.12 | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 125,218.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. Intercompany AR | | 100,000.00 | | | | | |
| TOTAL ASSETS | $0.00 | $2,184,098.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 2,156,894.19 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| Other - Officer Loan | | 714,684.42 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 714,684.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 2,871,578.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 170,985.25 | 170,985.25 | 170,985.25 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 170,985.25 | 170,985.25 | 170,985.25 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $3,042,563.86 | $170,985.25 | $170,985.25 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

## SCHEDULE OF POST-PETITION LIABILITIES

|  | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 404,477.04 | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 2,005.85 | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | 164,205.28 | | | | | |
| TOTAL TAXES PAYABLE | 166,211.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | 308.78 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 34,124.45 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Settlement Accrual | 637,194.00 | | | | | |
|   2. SP Dividend | 400,000.00 | | | | | |
|   3. Accrued FSE Payroll | 215,252.01 | | | | | |
|   4 Accrued Salary | 23,294.54 | | | | | |
|   5 Accrued Vacation | 42,532.09 | | | | | |
|   6 Profit Sharing | 50,000.00 | | | | | |
|   7 Sales Commission | 39,108.24 | | | | | |
|   8 Project Costs | 18,727.00 | | | | | |
|   9 Expenses Payable | 15,713.80 | | | | | |
|   10 Intercompany Payable | 109,951.11 | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $2,156,894.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

**Footnote**

Amounts in June 2017 column include both prebankruptcy and postbankruptcy accruals of liability for June 2017.

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

## AGING OF POST-PETITION LIABILITIES
MONTH        Jun-17

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 123,208.66 | 123,208.66 | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | | | | |
| TOTAL | $123,208.66 | $123,208.66 | $0.00 | $0.00 | $0.00 | $0.00 |

**Footnote**
Amounts in June 2017 column include both prebankruptcy and postbankruptcy accruals of liability for June 2017.

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 1,206,773.48 | | | | | |
| 31-60 DAYS | 743.82 | | | | | |
| 61-90 DAYS | 13,178.30 | | | | | |
| 91+ DAYS | 60,362.65 | | | | | |
| TOTAL | $1,281,058.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                                    *Revised 07/01/98*

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

# STATEMENT OF INCOME (LOSS)

|  | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| REVENUES (MOR-1) | 1,064,424.22 | | | | |
| TOTAL COST OF REVENUES | 754,669.04 | | | | |
| GROSS PROFIT | 309,755.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | |
|    Selling & Marketing | 37,507.30 | | | | |
|    General & Administrative | 14,661.91 | | | | |
|    Insiders Compensation | | | | | |
|    Professional Fees | | | | | |
|    Other - Property Costs | 10,598.45 | | | | |
|    Other - Indirect Payroll | 73,010.24 | | | | |
| TOTAL OPERATING EXPENSES | 135,777.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 173,977.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | |
| DEPRECIATION | 2,992.03 | | | | |
| OTHER (INCOME) EXPENSE* | | | | | |
| OTHER ITEMS** | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 2,992.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 170,985.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | |
| **NET INCOME (LOSS) (MOR-1)** | $170,985.25 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*  Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

| MONTH | FILING TO DATE |
|---|---|
|  | 1,064,424.22 |
|  | 754,669.04 |
| 0.00 | 309,755.18 |
|  |  |
|  | 37,507.30 |
|  | 14,661.91 |
|  | 0.00 |
|  | 0.00 |
|  | 10,598.45 |
|  | 73,010.24 |
| 0.00 | 135,777.90 |
| 0.00 | 173,977.28 |
|  | 0.00 |
|  | 2,992.03 |
|  | 0.00 |
|  | 0.00 |
| 0.00 | 2,992.03 |
| 0.00 | 170,985.25 |
|  | 0.00 |
| $0.00 | $170,985.25 |

*Revised 07/01/98*

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

| CASH RECEIPTS AND DISBURSEMENTS | Jun-17 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| 1. CASH-BEGINNING OF MONTH | $232,073.44 | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 | $232,073.44 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,081,146.18 | | | | | | 1,081,146.18 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 1,081,146.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,081,146.18 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 566,366.48 | | | | | | 566,366.48 |
| 8. PAYROLL TAXES PAID | 15,129.48 | | | | | | 15,129.48 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 3,507.41 | | | | | | 3,507.41 |
| 11. UTILITIES & TELEPHONE | 3,222.02 | | | | | | 3,222.02 |
| 12. INSURANCE | 797.00 | | | | | | 797.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 81.23 | | | | | | 81.23 |
| 17. ADMINISTRATIVE & SELLING | 8,890.31 | | | | | | 8,890.31 |
| 18. OTHER (attach list) | 276,047.70 | | | | | | 276,047.70 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 874,041.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 874,041.63 |
| 19. PROFESSIONAL FEES | 71,096.00 | | | | | | 71,096.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 945,137.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945,137.63 |
| 22. NET CASH FLOW | 136,008.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,008.55 |
| 23. CASH - END OF MONTH (MOR-2) | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 | $368,081.99 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

| Date | Ref | Payee | | Account | Amount | Memo |
|---|---|---|---|---|---:|---|
| 06/02/2017 | 2022 | HTS | √ | Accounts Payable | 7,902.79 | technician to decommission tool - COGS |
| 06/02/2017 | ACH 06/02 | Ventex Corporation | √ | Accounts Payable | 8,250.00 | Dinstallation of Canon FPA-2500i2 Stepper - COGS |
| 06/02/2017 | ACH 06/02 | IFS Services, LLC | √ | Accounts Payable | 6,185.84 | Subcontracted Services - COGS |
| 06/06/2017 | Auto Debit | Bank of Amer June 2nd Credit Card Balan | √ | Accounts Payable | 29,130.93 | Company Credit Cards - COGS |
| 06/06/2017 | ACH 06/06 | Retronix Limited US/PCB | √ | Current Directors Loan - Tor | 20,000.00 | |
| 06/09/2017 | ACH 06/09 | Optimation | √ | Accounts Payable | 124,766.00 | Subcontracted Labour COGS |
| 06/13/2017 | Auto Debit | Bank of Amer June 9th Credit Card Balanc | √ | Accounts Payable | 26,594.91 | Company Credit Cards - COGS |
| 06/20/2017 | Auto Debit | Bank of Amer June 16th Credit Card Balar | √ | Accounts Payable | 30,466.06 | Company Credit Cards - COGS |
| 06/27/2017 | Auto Debit | Bank of Amer June 23rd Credit Card Bala | √ | Accounts Payable | 22,053.64 | Company Credit Cards - COGS |
| 06/15/2017 | 2030 | CEVA Freight LLC | √ | Accounts Payable | 252.00 | freight COGS |
| 06/15/2017 | 2031 | Reliable Manufacturing Inc | √ | Accounts Payable | 445.53 | COGS |
| | | | | | **276,047.70** | |

CASE NAME: In re: CrownSpring, Inc.
CASE NUMBER: 17-10723

# CASH ACCOUNT RECONCILIATION
## MONTH OF Jun-17

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 368,081.58 | | | | $368,081.58 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $368,081.58 | $0.00 | $0.00 | $0.00 | $368,081.58 |
| BEGINNING CASH - PER BOOKS | 232,073.44 | | | | $232,073.44 |
| RECEIPTS* | 1,081,146.18 | | | | $1,081,146.18 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 945,137.63 | | | | $945,137.63 |
| ENDING CASH - PER BOOKS | $368,081.99 | $0.00 | $0.00 | $0.00 | $368,081.99 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** In re: CrownSpring, Inc.
**CASE NUMBER:** 17-10723

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jim Beatty Salary | 8,981.77 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $8,981.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | Jun-17 MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Richards Rodriguez & Skeith LLP | 6,096.00 | | | | | |
| 2. Husch Blackwell LLP | 65,000.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $71,096.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*